IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 23-00162-01-CR-W-BCW |
|---|---|
| Plaintiff, | |
| | *(Unlawful Receipt of a Firearm)* |
| v. | 18 U.S.C. §§ 933(a)(2) and 933(b) |
| | NMT: 15 Years' Imprisonment |
| ANTHONY L. NEVELS, | NMT: $250,000 Fine |
| [DOB: 09/18/1982] | NMT: Three Years' Supervised Release |
| | Class C Felony |
| Defendant. | |
| | Plus $100 Special Assessment |

## INFORMATION

<u>THE UNITED STATES ATTORNEY CHARGES THAT</u>:

Between or about February 1, 2023, and February 13, 2023, in the Western District of Missouri, the defendant, ANTHONY L. NEVELS, knowing received, in and otherwise affecting interstate commerce, a firearm, to wit: an Anderson Manufacturing, Model AM-15, .223 caliber rifle, Serial Number 21404499, from another person, when the defendant knew that such receipt would constitute a felony, and the firearm had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

Teresa A. Moore
United States Attorney

By /s/ Jess E. Michaelsen
Jess E. Michaelsen
Assistant United States Attorney
Western District of Missouri

Dated: 7/20/2023